UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: ELIJAH JACKSON and )
       MARY L. JACKSON, ) Case No. 00-80026-SSM
) (Chapter 11)
           Debtors. )

## SUPPLEMENTAL APPLICATION TO EMPLOY ACCOUNTANTS

The Debtors, ELIJAH JACKSON and MARY L. JACKSON, by and through counsel, represent as follows:

1. This Court has jurisdiction over the subject matter of this motion pursuant to 11 U.S.C. § 1121(e)(3)(B) and 28 U.S.C. §§ 157(b)(2) and 1334. This is a core proceeding within the meaning of 11 U.S.C. § 157(b)(2).

2. On January 12, 2000, the Debtors filed their voluntary Chapter 11 petition herein and continue to manage their affairs and property as debtors in possession.

3. On July 10, 2000, this Court entered an order granting the Debtors' Application to employ the accounting firm of Raffa & Associates, P.C. ("Raffa") as accountants to the Debtors for the limited purposes of preparing and filing the Debtors' 1997, 1998, and 1999 federal and state income tax returns (ECF #54).

4. Said firm is a disinterested person within the meaning of 11 U.S.C. § 101(14) and is

Kermit A. Rosenberg (VSB #14975)
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, Suite 300
Washington, D.C. 20006-4604
Telephone: (202) 293-0398

familiar with the Debtor's operations and finances. Neither said firm nor any of its employees represents or has any connection with or holds or represents any interest adverse to the estate of the Debtors, its attorneys, the United States Trustee, or any person employed in the office of the United States Trustee, except that said firm represents Navcom Systems, Inc., an affiliate of the Debtors, in Case No. 99-10138-SSM pending in this Court and holds a pre-petition claim of $5,222.00 therein, and has previously rendered professional services to the Debtors. In addition, Raffa has rendered or renders professional services to the following wholly owned affiliates of the Debtors:

> Air 2000
> Jackarosa LLP
> Jackson Property Management
> Navcom Aviation I, Inc.
> Navcom Aviation II, Inc.
> Navcom Charities
> PVI Travel, Inc.

Raffa has also provided accounting, tax, and/or consulting services to certain creditors and parties in interest herein that are completely unrelated to claims such entities may have against the Debtors, all as set forth in the Declaration filed by Raffa in support of the Debtors' Application to Employ Accountants filed herein (ECF #50). Raffa is familiar with the Debtors' business and personal financial affairs and has provided accounting services and financial advice in connection with other Chapter 11 bankruptcy reorganization cases.

5. Upon information and belief, the Debtors may be entitled to receive a federal income tax refund of approximately $2.2 Million for 1997 upon the filing of their return for such period. In order to file such return, the Debtors must receive K-1's from the following affiliates, all of which are partnerships or subchapter S corporations that are no longer operating:

> Jackson Property Management
> Navcom Aviation I, Inc.
> Navcom Aviation II, Inc.
> PVI Travel, Inc.

The Debtors must also prepare and file a form 1040X return for 1992 and 1994 in order to carry back their 1997 losses of approximately $6 Million to 1992 and 1994, during which years the Debtors made tax payments of $2,821,935 and $2,999,932, respectively, to the Internal Revenue Service.

6. Such affiliates are without funds to pay Raffa or any other accountant to prepare and file federal (form 1120S) and state tax returns and K-1 forms for 1997. However, the preparation and filing of such returns would benefit the Debtors and their estate to the full extent of the refunds.

7. The Debtors seek to employ Raffa for such purposes and to compensate Raffa therefor from the tax refund when received. Raffa and the Debtors acknowledge that the Debtors have no other ready sources of funds to pay for such services and that the anticipated 1997 refund is the only likely source for payment.

8. The Debtors also wish to expand Raffa's employment to include the preparation and filing of form 1040X for 1992 and 1994 for themselves individually, which is a critical step in obtaining the refund for 1997.

9. Raffa will utilize the following current hourly range of billing rates in seeking compensation for services to be rendered in preparing and filing returns for the foregoing entities:

| | |
|---|---|
| Partner | $185 - $225 |
| Manager | 125 - 175 |
| Senior Accountant | 100 - 125 |
| Staff Accountant | 80 - 90 |
| Administration | 40 - 45 |

WHEREFORE, the Debtor requests this Court to enter an order approving the employment of Raffa & Associates, P.C. by the Debtors to prepare 1997 federal and state tax returns for Jackson Property Management, Navcom Aviaition I, Inc., Navcom Aviaition II, Inc., and PVI Travel, Inc., with compensation payable from the Debtors' estate, subject to review and approval by this Court, effective July 10, 2000, and to prepare forms 1040X for 1992 and 1994 for the Debtors individually.

      Respectfully submitted,

      ELIJAH JACKSON and
      MARY L. JACKSON
      By counsel

    /s/ Kermit A. Rosenberg
Kermit A. Rosenberg (VSB #14975)
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, Suite 300
Washington, D.C. 20006
Telephone: (202) 293-0398
Facsimile: (202) 393-0363
Counsel for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2000, true copies of the foregoing Application with attached Declaration and proposed Order were served by mailing, first class postage prepaid, upon all creditors and parties in interest on the attached service list.

        /s/ Kermit A. Rosenberg
        KERMIT A. ROSENBERG

Office of the U.S. Trustee
115 South Union Street, Suite P210
Alexandria, VA 22314

RDK Machine, Inc.
c/o Koons & Johnston
9422 Old Town Court
Manassas, VA 20110

First USA Bank
PO Box 149265
Austin, TX 78714

Stephen R. Meenan, Esquire
Great Lakes Aviation, Ltd.
500 East Main Street
Norfolk, VA 23510

Bastrop County Appraisal District
Mary Hamon, Deputy Clerk
PO Box 770
Bastrop, TX 78602

BF Goodrich Aerospace
Herbert L. Karp, Esquire
307 N Washington Street
Alexandria, VA 22314

Koetter Development, Inc.
Michael F. Ward, Esquire
1947 E. Spring Street
New Albany, IN 47150

Ward/Hall Associates AIA, PLC
Albert I. Kassabian, Esquire
4201 Annandale Road
Annandale, VA 22003

Mary Pendleton
Leizer Goldsmith, Esquire
1010 Vermont Ave., Suite 715
Washington, DC 20005

Federal Express Corporation
David Couger, Esquire
7834 Forest Hill Avenue
Richmond, VA 23225

John D. Padgett, Esquire
Transport Specialists
101 West Main Street
Norfolk, VA 23510

American Express
Laura K. Drewry, Esquire
1101 St. Paul Street, Suite 302
Baltimore, MD 21202

Arco Construction Co., Inc.
Mark T. Keaney
500 N. Broadway, Suite 2000
St. Louis, MO 63102

Bishop Int. Airport Authority
Richard A. Hamilton, Esquire
702 Church Street
Flint, MI 48502

SunTrust Bank
Linda Lemmon Najjoum, Esquire
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102

Commerical Funding Corp.
Gayle Dorsey
1945 Old Gallow Road, Suite 205
Vienna, VA 22182

Oceanview Development Co., LP
Robert E. Burke
500 E Street, SW
Washington, DC 20024

AFW Foundry, Inc.
Matthew R. Falk, Esquire
1509 North Prospect Avenue

Milwaukee, WI 53202

Kiwi Int. Air Lines
Simon Kimmelan, Esquire
PO Box 1298
Trenton, NJ 08607

Science Applications Int. Corp.
Robert R. Sparks, Jr., Esquire
6862 Elm Street, Suite 360
McLean, VA 22101

United Bank
Bean, Kinney & Korman
2000 N 14th Street, Suite 100
Arlington, VA 22201

Linebarger, Heard Goggan, et al.
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX 78760

Lawrence A. Katz, Esquire
Venable, Baetjer & Howard, LLP
1615 L Street, N.W.
Washington, D.C. 20036