UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: ELIJAH JACKSON and )
MARY L. JACKSON, ) Case No. 00-80026-SSM
) (Chapter 11)
Debtors. )

## SUPPLEMENTAL ORDER APPROVING
## EMPLOYMENT OF ACCOUNTANTS FOR SPECIAL PURPOSES

THIS MATTER came on to be heard this day upon the Supplemental Application of the Debtors to approve the employment of Raffa & Associates, P.C. as accountants for the Debtors, and

IT APPEARING TO THE COURT that neither said accountant nor his firm represents any interest adverse to the Debtors or to its estate other than as set forth in its Application and Declaration filed herein, or have any connection with the United States Trustee or any person employed in the office of the United States Trustee, and that its employment is necessary and in the best interests of the Debtors and their estate; now, therefore, it is

ORDERED, that the supplemental employment by the Debtors of Raffa & Associates, P.C., to prepare form 1040X for 1992 and 1994 for the Debtors, and to prepare 1997 federal and state tax returns for Jackson Property Management, Navcom Aviaition I, Inc., Navcom Aviaition II, Inc., and PVI Travel, Inc., with compensation payable from the Debtors' estate, be, and the same hereby is, approved, subject to review and approval by this Court, effective July 10, 2000subject to review and approval by this Court.

ENTER: 11-7-c000

_____
STEPHEN S. MITCHELL
United States Bankruptcy Judge

Page ONE of TWO    NOTICE OF JUDGMENT OR ORDER

Entered On Docket _____

WE ASK FOR THIS:


___/s/ Kermit A. Rosenberg___
Kermit A. Rosenberg (VSB #14975)
Tighe, Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, Suite 300
Washington, D.C. 20006-4604
Telephone: (202) 293-0398
Facsimile: (202) 393-0363
Counsel for Debtors

SEEN AND _____:

W. CLARKSON McDOW, JR.
United States Trustee for Region Four

By: _____
    Jack I. Frankel, Attorney-Advisor
    Office of the United States Trustee
    115 South Union Street, Suite P210
    Alexandria, Virginia 22314
    Telephone: (703) 557-7176
    Facsimile: (703) 557-7279