UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: ELIJAH JACKSON and )
       MARY L. JACKSON, ) Case No. 00-80026-SSM
) Chapter 11)
Debtors. )

## FIRST APPLICATION FOR INTERIM COMPENSATION OF ACCOUNTANT

The Debtors, ELIJAH JACKSON and MARY L. JACKSON, by and through counsel, represents as follows:

1. The Debtors filed their petition herein on January 13, 2000 and continue to manage their affairs as debtors in possession. Raffa & Associates, P.C. ("Raffa") was employed as accountant for the Debtors for limited purposes by order entered herein on July 10, 2000 and expanded by order entered herein on November 7, 2000.

2. Raffa rendered accounting services to the Debtors from July 25, 2000 through November 9, 2000, in the amount of $20,515.00 and incurred expenses of $276.25, for a total of $20,791.25. Raffa's time records for the same period are attached as SCHEDULE A.

3. The services rendered by Raffa were necessary to and benefited the estate.

4. The Debtors have reviewed and approved the fees and expenses requested herein. All Chapter 11 quarterly fees have been paid.

5. The Debtor has approximately $5,700.00 on deposit in their debtor-in-possession bank accounts, all of which is unencumbered. There are no unpaid administrative expenses other than those incurred in the ordinary course of business and professional fees and expenses awaiting approval by this Court.

WHEREFORE, the Debtors pray this Court to enter an Order approving payment

to Raffa & Associates, P.C. in the above amount for accounting services furnished to the Debtors during the period indicated.

>Respectfully submitted,
>
>ELIJAN JACKSON and
>MARY L. JACKSON
>By counsel

   /s/ Kermit A. Rosenberg
Kermit A. Rosenberg (VSB #14975)
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20006-4604
Telephone: (202) 293-0398
Facsimile: (202) 393-0363
Counsel for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, true copies of the foregoing Application with proposed Order were mailed, first class postage prepaid, to the following:

>Jack I. Frankel, Esquire
>Office of the United States Trustee
>115 South Union Street
>Suite P210
>Alexandria, Virginia 22314
>
>Linda Lemmon Najjoum, Esquire
>Hunton & Williams
>1751 Pinnacle Drive, Suite 1700
>McLean, Virginia 22102
>
>Jennifer A. Brust, Esquire
>Bean, Kinney & Korman, P.C.
>2000 N 14th Street, Suite 100
>Arlington, Virginia 22201
>
>Marc E. Albert, Esquire
>Morrison & Hecker L.L.P.
>1150 18[th] Street, N.W.

Suite 800
Washington, D.C. 20036-3816

Robert K. Coulter, Esquire
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

        /s/ Kermit A. Rosenberg
        KERMIT A. ROSENBERG