UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: ELIJAH JACKSON and )
MARY L. JACKSON, ) Case No. 00-80026-SSM
) Chapter 11)
Debtors. )

## ORDER APPROVING FIRST APPLICATION
## FOR INTERIM COMPENSATION OF ACCOUNTANT

Upon the First Application of the Debtors for interim compensation of Raffa & Associates, P.C., after proper notice and a hearing, it is

ORDERED, that Raffa & Associates, P.C. be, and the same hereby is, awarded compensation for accounting services rendered in the amount of $20,515.00 and reimbursement of expenses of $276.00 for the period from July 25, 2000 through November 9, 2000, for a total of $20,791.00.

ENTER: 12/20/2000

                                                     */s/ Stephen S. Mitchell*
                                                  STEPHEN S. MITCHELL
                                                  United States Bankruptcy Judge

WE ASK FOR THIS:

/s/ Kermit A. Rosenberg
Kermit A. Rosenberg (VSB# 14975)
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20006-4604
Telephone: (202) 293-0398
Facsimile: (202) 393-0363
Counsel for Debtors

SEEN AND _____:

W. CLARKSON McDOW, JR.
United States Trustee for Region Four

By: _____
    Jack I. Frankel, Attorney-Advisor
    Office of the United States Trustee
    115 South Union Street, Suite P210
    Alexandria, Virginia 22314
    Telephone: (703) 557-7229
    Facsimile: (703) 557-7279

Page TWO of TWO